FILED
CHARLOTTE, NC
NOV 1 7 2015
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:15MC196

IN RE:

*Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015)

### STANDING ORDER 2015-_____

Pursuant to the provisions of the Criminal Justice Act, Title 18, U.S.C. § 3006A(a)(1) and (c), and the discretion of the Court, the Office of the Federal Public Defender for the Western District of North Carolina is hereby appointed to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine whether that defendant may qualify for federal habeas relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson v. United States*, 135 S. Ct. 2551 (June 26, 2015).

The U.S. Probation Office for the Western District of North Carolina and the United States District Court Clerk's Office for the Western District of North Carolina are authorized to disclose Presentence Investigation Reports, Statements of Reasons, and Judgments to the Federal Public Defender's Office for the purpose of determining eligibility for relief under *Johnson*.

**SO ORDERED** this __12th__ day of November, 2015.

_____
FRANK D. WHITNEY, Chief
UNITED STATES DISTRICT JUDGE

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE

_____
ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE

_____
MARTIN REIDINGER
UNITED STATES DISTRICT JUDGE

_____
MAX O. COGBURN, JR.
UNITED STATES DISTRICT JUDGE

_____
GRAHAM C. MULLEN, Senior
UNITED STATES DISTRICT JUDG